IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DANIEL OWENS                                                              PLAINTIFF

v.                              No. 3:22-cv-303-DPM

LENNY BECKER, CID, Trumann
Police Department; JESSICA
THOMPSON, Prosecuting Attorney,
State of Arkansas; and MARK LILY,
Lawyer, State of Arkansas                                              DEFENDANTS

ORDER

1. Owens was an inmate at the Poinsett County Detention Center when he initiated this case and asked to proceed *in forma pauperis*. Doc. 1. He has since notified the Court of his release and updated his address. Doc. 11. His initial motion, Doc. 1, is therefore denied as moot.

2. Because Owens is no longer incarcerated, he must either pay the $402 filing fee or file a free-world application to proceed *in forma pauperis* by 13 February 2023. If he doesn't, the Court will be dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2).

3. The Court directs the Clerk to send Owens a free-world *in forma pauperis* application along with a copy of this Order.

4. Motions for status, *Doc. 4, 7, & 8*, granted. The Court directs the Clerk to mail Owens a copy of the docket sheet.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 January 2023