IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DANIEL OWENS                                   PLAINTIFF

v.                     No. 3:22-cv-303-DPM

LENNY BECKER, CID, Trumann
Police Department; JESSICA
THOMPSON, Prosecuting Attorney,
State of Arkansas; and MARK LILY,
Lawyer, State of Arkansas                        DEFENDANTS

ORDER

     Owens hasn't paid the $402 administrative and filing fee or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 12*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

     So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 February 2023