IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DANIEL OWENS                                                                    PLAINTIFF

v.                              No. 3:22-cv-303-DPM

LENNY BECKER, CID, Trumann
Police Department; JESSICA
THOMPSON, Prosecuting Attorney,
State of Arkansas; and MARK LILY,
Lawyer, State of Arkansas                                                   DEFENDANTS

JUDGMENT

Owens's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 February 2023